F. Bruckman, Mary Bruckman, his wife, impleaded.

PER CURIAM. Judgment modified so as to direct that the receiver convert the assets of the partnership into money, pay expenses and costs, and then pay to the defendant $1,688.19, and divide the remainder of the fund, if any, equally between the parties hereto; and, if the fund shall be insufficient after applying the whole thereof to pay the whole of said sum of $1,688.19, then that the defendant recover of the plaintiff one-half of such deficiency; and, as modified, the judgment is affirmed, without costs of this appeal to either party. See 46 N. Y. Supp. 23, and 48 N. Y. Supp. 887.

FULLER, Appellant, v. BEITZ et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Adaline H. Fuller against Frederick Beitz and another. No opinion. Judgment affirmed, with costs.

GARDAM et al., Appellants, v. HEALY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by William Gardam and Joseph Gardam against John Healy and another, etc. No opinion. Order reversed, and motion granted striking out the notice of appearance and answer of the defendant Isaacs; and action ordered discontinued as to said defendant, without costs to either party.

GARDNER, Respondent, v. FRIEDERICH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by George A. Gardner against John J. D. Friederich and others, impleaded, etc. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted, and the first five questions allowed and certified.

GLUCK, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by John Gluck against the Third Avenue Railroad Company. H. E. Limburger, for appellant. A. Steckler, for respondent. No opinion. Order affirmed, with costs.

GROBE, Respondent, v. ERIE COUNTY MUT. INS. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by John Grobe against the Erie County Mutual Insurance Company and others. No opinion. Order affirmed, without costs to either party. All concur, except WARD, J., dissenting, and FOLLETT, J., not voting.

HALBRAN, Respondent, v. GRAY, Appellant. (City Court of New York, General Term. May 10, 1898.) Action by Adolphe Halbran against Robert J. Gray. Jacob F. Miller, for appellant. Jacob Halstead, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

HAND v. SHAW. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Elwood S. Hand against William A. Shaw. No opinion. Motion granted upon giving new undertaking for costs in $250. See 50 N. Y. Supp. 117.

HANNA, Respondent, v. CALLISTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Mary E. Hanna against Nancy A. Callister, as administratrix, etc. No opinion. Judgment affirmed, with costs.

HANRAHAN, Respondent, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) Action by Julia Hanrahan against the Brooklyn Elevated Railroad Company. No opinion. Motion to amend order denied. The amendment sought would be of no avail to the plaintiff—First, because the judgment of this court being unanimous, and the case one for personal injury, an appeal to the court of appeals cannot be taken except by the authority of this court or by allowance of a judge of the court of appeals; second, as there was a motion made in the action for a new trial and an order denying that motion was reversed, the question of fact could not be taken to the court of appeals. See Wright v. Hunter, 46 N. Y. 409, and 45 N. Y. Supp. 474.

HARDCASTLE, Respondent, v. HEINE et al., Appellants. (City Court of New York, General Term. May 20, 1898.) Action by Frank Hardcastle against Arnold B. Heine and another. Charles E. Rushmore, for appellants. Abraham Gruber and Theodore B. Chancellor, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

HARMON, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Franklin W. Harmon against Edmund Smith, impleaded, etc. No opinion. Judgment affirmed, with costs.

HARRIS, Appellant, v. BROWN, Respondent. (City Court of New York, General Term. May 10, 1898.) Action by Mina Harris against Louisiana Brown. Samuel F. Hyams, for appellant. Robert B. Bach, for respondent.

PER CURIAM. The allowances made by the referee, we think, were proper and just, and within the provisions of lease. If the expenditures were not necessarily made, the plaintiff was certainly in a position (she being the tenant in possession of the demised premises) to prove the fact that they were unnecessary or extravagant. This she failed to do; in fact, made no attempt to do so. The plaintiff's testimony shows that all repairs made were necessary, and the charges therefor reasonable. The new roof was put on under an agreement whereby plaintiff agreed to bear the expense thereof. The judgment appealed from must be affirmed, with costs.